# Statement

Crossroads Blueberry Farm
16697 Johnson Street
Grand Haven, Mi. 49417

| Date |
|---|
| 6/5/2018 |

**To:**
The Fruit Club
515 N. Garfield Circle
Sioux Falls, SD 57104

| Amount Due | Amount Enc. |
|---|---|
| $79,650.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/21/2017 | INV #973. Due 08/20/2017. Orig. Amount $47,790.00.<br>--- Fresh Blueberry Sales, 3,000 @ $13.50 = 40,500.00<br>--- Storageand Interest, 40,500 @ $0.18 = 7,290.00<br>--- Tax: MI Sales Tax @ 6.0% = 0.00 | 47,790.00 | 47,790.00 |
| 07/24/2017 | INV #977. Due 08/23/2017. Orig. Amount $31,860.00.<br>--- Fresh Blueberry Sales, 2,000 @ $13.50 = 27,000.00<br>--- 2,000 5# Boxes, 10 pallets of 200 boxes<br>--- Storageand Interest, 27,000 @ $0.18 = 4,860.00<br>--- Tax: MI Sales Tax @ 6.0% = 0.00 | 31,860.00 | 79,650.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 79,650.00 | $79,650.00 |

Exhibit A

# Invoice

| Date | Invoice # |
|---|---|
| 7/21/2017 | 973 |

## Crossroads Blueberry Farm

16697 Johnson Street
Grand Haven,  Mi.  49417

**Bill To**
The Fruit Club
515 N. Garfield Circle
Sioux Falls, SD  57104

| P.O. No. | Terms | Due Date | Marketer | Sale Ref. No |
|---|---|---|---|---|
|  | Net 30 | 8/20/2017 |  |  |

| Qty | Rate | Description | Amount |
|---|---|---|---|
| 3,000 | 13.50 | 15,000#s of Handpicked Bluecrop Blueberries packed in 3,000 5# Boxes | 40,500.00 |
| 40,500 | 0.18 | Interest for past due .02 per month. | 7,290.00 |
|  | 6.00% | MI Sales Tax | 0.00 |

| Phone # | 616-842-1191 | Fax # | 616-414-7205 | Total | $47,790.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Exhibit A1

# Invoice

| Date | Invoice # |
|---|---|
| 7/24/2017 | 977 |

## Crossroads Blueberry Farm

16697 Johnson Street
Grand Haven,  Mi.  49417

**Bill To**

The Fruit Club
515 N. Garfield Circle
Sioux Falls, SD  57104

| P.O. No. | Terms | Due Date | Marketer | Sale Ref. No |
|---|---|---|---|---|
|  | 2% 10 Net 30 | 8/23/2017 |  |  |

| Qty | Rate | Description | Amount |
|---:|---:|---|---:|
| 2,000 | 13.50 | 10,000#s of Handpicked Bluecrop Blueberries<br>2,000 5# Boxes, 10 pallets of 200 boxes | 27,000.00 |
| 27,000 | 0.18 | .02 per month interest | 4,860.00 |
|  | 6.00% | MI Sales Tax | 0.00 |

| Phone # | 616-842-1191 | Fax # | 616-414-7205 |  | **Total** | $31,860.00 |
|---|---|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Exhibit A2