UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID REENDERS BLUEBERRIES, LLC, ) | |
| Plaintiff, ) | |
| ) | No. 1:18-cv-747 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| THE FRUIT CLUB, INC., ) | |
| MATTHEW KLEINSASSER, and ) | |
| IRINA KLEINSASSER, ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

The Court has resolved all pending claims in this lawsuit. The Court entered default judgment against all three defendants.

Consistent with the Order granting the motion for default judgment, Plaintiff is entitled to $67,500.00 in damages for its claim under the Perishable Agricultural Commodities Act, $6,793.65 in interest through January 8, 2019, and $30,716.33 in attorney fees and costs.

Defendant The Fruit Club is primarily liable for the judgment. Should the assets of The Fruit Club be insufficient to pay the judgment, Defendants Matthew and Irina Kleinsasser, as individuals with an obligation to control PACA trust assets, are secondarily liable for the judgment.

**IT IS SO ORDERED.**

Date: January 18, 2019                     /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge